United States District Court
Southern District of Texas

**ENTERED**

April 18, 2022

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FEDELL PRICE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. H-20-03670 |
| THE KROGER CO. A/K/A KROGER | § | |
| TEXAS, L.P., | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

In accordance with the court's Memorandum Opinion and Order granting Defendant the Kroger Co.'s Motion for Summary Judgment, Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**.

Costs will be taxed against Plaintiff.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this the 18th day of April, 2022.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE